IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02180-WYD-PAC

ANWAR HUSSEIN,

    Plaintiff(s),

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
UNIVERSITY OF COLORADO AT COLORADO SPRINGS;
PAM SHOCKLEY-ZALABAK, THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY; and
TONY TEDORE, IN HIS INDIVIDUAL CAPACITY,

    Defendant(s).

---

### **MINUTE ORDER**
---

### **ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion for Leave to Participate in August 2, 2005 Status Conference by Telephone [filed July 18, 2005] is **GRANTED** as follows:

    David P. Temple is permitted to participate telephonically at the Status Conference by contacting the Court at: 303-844-4892 on **August 2, 2005 at 8:30 a.m.**

Dated:  July 21, 2005