IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-2180 (PAC)

ANWAR HUSSEIN,

      Plaintiff(s),

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
UNIVERSITY OF COLORADO AT COLORADO SPRINGS;
PAM SHOCKLEY-ZALABAK, THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY; and
TONY TEDORE, IN HIS INDIVIDUAL CAPACITY,

      Defendant(s).

_____

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**
_____

Pursuant to D.C.COLO.LCivR 72.2 on the 2nd day of August, 2005, Magistrate Judge Patricia A. Coan notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

      IT IS ORDERED as follows:

      1.     The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c);

      2.     The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Patricia A. Coan; and

      3.     Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated: August 3, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

## NOTICE OF REASSIGNMENT

Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge _____.

Gregory C. Langham, Clerk


by_____, Deputy Clerk