IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.   03-CV-02180-MJW-PAC**

ANWAR HUSSEIN,

Plaintiff(s),

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, et al.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on August 4, 2005, by Judge Wiley Y. Daniel and has been reassigned to Magistrate Judge Michael J. Watanabe on August 4, 2005.

    Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Patricia A. Coan is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.  Currently, there is a settlement conference set before Magistrate Judge Coan on November 17, 2005, at 10:30 a.m.

    FURTHER, IT IS ORDERED that the Order of Reference to Magistrate Judge, entered by Judge Wiley W.  Daniel on November 6, 2003, is **VACATED**.

    FURTHER, IT IS ORDERED that a Status Conference is set on September 1, 2005, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall have their calendars available in order to facilitate the resetting of future matters in this case.

    FURTHER, IT IS ORDERED that the seven (7) day jury trial set on April 17, 2006, at 9:00 a.m., and the Trial Preparation Conference set on March 24, 2006, at 9:00 a.m., are BOTH **VACATED**.  The court will reset these dates at the Status Conference.

    FURTHER, IT IS ORDERED that the Final Pretrial Conference set on April 20, 2006, at 8:30 a.m., is **VACATED** and RESET on April 20, 2006, at <u>9:00 a.m.</u>, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to

Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov. as an attachment to the e-mail.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge