IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~03-D-2180-MJW-PAC~~ 03-CV-02180-MJW-PAC

ANWAR HUSSEIN,

Plaintiff

vs.

THE REGENTS OF THE UNIVERSITY OF COLORADO, UNIVERSITY OF COLORADO AT COLORADO SPRINGS, PAM SHOCKLEY-ZALABAK THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY AND TONY TEDORE, IN HIS INDIVIDUAL CAPACITY,

Defendants.

---

## ORDER
(Docket No. 32)

**ORDER ENTERED BY MAGISTRATE JUDGE**

IT IS HEREBY **ORDERED** that the Unopposed Motion to Participate in September 1, 2005, Status Conference by Telephone is **GRANTED** as follows:

Walter S. Rouse is permitted to participate telephonically in the Status Conference by contacting the Court at 303-844-2403 on September 1, 2005, at 10:00 a.m.

DATED this 24th day of August, 2005.

BY THE COURT:

_/s/ Michael J. Watanabe_
U.S. District Court Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE