IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLORADO

Civil Action No. 03-cv-02180-MJW-PAC

ANWAR HUSSEIN,

    Plaintiff,

vs.

THE REGENTS OF THE UNIVERSITY OF COLORADO, UNIVERSITY OF COLORADO AT COLORADO SPRINGS, PAM SHOCKLEY-ZALABAK THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY, AND TONY TEDORE, IN HIS INDIVIDUAL CAPACITY

    Defendants.

---

### ORDER GRANTING PERMISSION TO WITHDRAW AS COUNSEL OF RECORD
(Docket No. 45)

THIS MATTER comes before the Court on a Motion for Permission to Withdraw as Counsel of Record filed by Patrick T. O'Rourke, Esq. The Court having read the motion and being sufficiently advised,

HEREBY ORDERS that Patrick T. O'Rourke is allowed to withdraw as counsel of record on behalf of Defendant Tony Tedore.

Dated November 7, 2005.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE