IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02180-MJW-PAC

ANWAR HUSSEIN,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
UNIVERSITY OF COLORADO AT COLORADO SPRINGS;
PAM SHOCKLEY-ZALABAK, THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY; and
TONY TEDORE, IN HIS INDIVIDUAL CAPACITY,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN CLAIMS WITH PREJUDICE
## (DN 55)

THE COURT, having reviewed the Stipulated Motion to Dismiss Certain Claims with Prejudice against Defendants The Regents of the University of Colorado and Pam Shockley-Zalabak, finds good grounds for the same, and hereby orders that:

The Stipulated Motion to Dismiss Certain Claims is GRANTED and the following claims are hereby dismissed with prejudice against Defendants The Regents of the University of Colorado and Pam Shockley-Zalabak::

    a.    The second, third, fourth, fifth and sixth claims as against the Regents;

    b.    Claims one, four and six as against Shockley-Zalabak; and

      c.      Claims two, three and five as against Shockley-Zalabak to the extent that Plaintiff seeks money damages.

FURTHER, it is ORDERED that the University's Motion to Dismiss, DN 34, filed with the court on August 24, 2005, is MOOT and therefore DENIED based upon the above orders.

FURTHER, it is ORDERED that the Motion Conference set on November 17, 2005, at 9:30 a.m., before Magistrate Judge Watanabe is VACATED.

Dated this 16th Day of November, 2005.

                              BY THE COURT:

                              s/ Michael J. Watanabe
                              United States Magistrate Judge