IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02180-MJW-PAC

ANWAR HUSSEIN,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
UNIVERSITY OF COLORADO AT COLORADO SPRINGS;
PAM SHOCKLEY-ZALABAK, THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY; and
TONY TEDORE, IN HIS INDIVIDUAL CAPACITY.

    Defendants.

---

**PROTECTIVE ORDER REGARDING INADVERTENT DISCLOSURE**
( Docket No. 57 )

---

THE COURT, having reviewed Defendant University's Motion for Protective Order regarding Inadvertent Disclosure, finds good grounds for the same, and hereby orders that:

Defendant University's motion is GRANTED, and Plaintiff shall return all copies of the inadvertently disclosed privileged document to Defendant Tedore. If necessary, Plaintiff may redact any notes made on the document before returning it to Defendant Tedore.

Dated this 13TH day of February, 2006.

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE