IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02180-MJW-PAC

ANWAR HUSSEIN,

    Plaintiff(s),

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
UNIVERSITY OF COLORADO AT COLORADO SPRINGS;
PAM SHOCKLEY-ZALABAK, THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY; and
TONY TEDORE, IN HIS INDIVIDUAL CAPACITY,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE   O. EDWARD SCHLATTER**


IT IS HEREBY **ORDERED**  the University's  Unopposed Motion to Vacate January 18, 2007  Settlement Conference (Docket No. **85,** Filed January 11, 2007) is  **GRANTED.**

    The Settlement Conference set  **January 18, 2007  at  1:30 p.m.**  is  **VACATED.**

Dated:  January 12, 2007