IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 03-cv-02180-MJW-PAC

ANWAR HUSSEIN,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
UNIVERSITY OF COLORADO AT COLORADO SPRINGS;
PAM SHOCKLEY-ZALABAK, THE CHANCELLOR OF THE UNIVERSITY IN HER OFFICIAL CAPACITY; and
TONY TEDORE, IN HIS INDIVIDUAL CAPACITY.

    Defendants.

## ORDER OF DISMISSAL OF CASE WITH PREJUDICE

It is hereby ORDERED that the Parties' Stipulated Motion to Dismiss with Prejudice, DN 89, filed with the Court on February 7, 2007, is GRANTED and the above captioned case is dismissed *with prejudice*, each party to pay its own fees, costs and expenses.

It is FURTHER ORDERED that the pending Jury Trial set on March 20, 2007, at 8:30 a.m. and the Trial Preparation Conference set on March 14, 2007, at 9:00 a.m., before Magistrate Judge Watanabe are both VACATED.

SIGNED AND DATED THIS 8th DAY OF FEBRUARY, 2007.

        By the Court:

        S/MICHAEL J. WATANABE
        U.S. Magistrate Judge

{00018417.DOC}